IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE JAMES TERRELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-044 |
| | ) | |
| NATHAN BROOKS; STEVIE D. | ) | |
| WILLIAMS; GREGORY OR GEORGE | ) | |
| FRANCIS; VENUS MCGRUDER; | ) | |
| MR. WILLIAMS; MR. HOLLOMAND; | ) | |
| MR. FORD; CALVIN FORTUNE; | ) | |
| MATTEW J. SNOWDEN; KARL FORT; | ) | |
| DARRELL V. MITCHELL; CYNTHIA R. | ) | |
| NEAL; and STEPHANIE FRAZIER, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though the events in Plaintiff's complaint and simultaneously filed amended complaint allegedly occurred in Washington County. (See doc. no. 1, p. 3; doc. no. 3, p. 3.) Plaintiff alleges he was wrongfully transferred from Washington State Prison in Washington County to Calhoun State Prison in Calhoun County. Because Washington County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 19th day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE